# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| DELBERT D. WILLIAMS,<br>*Plaintiff*<br>v.<br>CAROLYN W. COLVIN, Acting Commissioner<br>of Social Security Administration,<br>*Defendant* | Civil Action No.  12-CV-0203-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:**  Defendant's Motion for Summary Judgment, ECF No. 30, is GRANTED.
Plaintiff's Motion for Summary Judgment, ECF No. 25, is DENIED.
Judgment is entered in favor of Defendant.

This action was *(check one)*:

☐ **tried by a jury with Judge** _____ presiding, and the jury has rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☑ **decided by Judge**  THOMAS O. RICE  on motions for SUMMARY JUDGMENT (ECF NOS. 25 and 30).

Date: September 30, 2013

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen